**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

SHAWNELL RYAN,                     :     No.: 4:17-CV-01627
                                   :
            Plaintiff,             :     (Judge Brann)
                                   :
      v.                           :
                                   :
WATSONTOWN TRUCKING                :
COMPANY,                           :
                                   :
            Defendant.             :

## ORDER

**AND NOW**, this 19th day of March 2018, in light of Mediator Joseph A.

Barrett's report to the Court indicating that the matter has settled, ECF No. 12, **IT

IS HEREBY ORDERED** that this action is dismissed without costs and without

prejudice to the right of either party, upon good cause shown, to reinstate the

action within sixty (60) days if the settlement is not consummated.

                              BY THE COURT:


                              *s/ Matthew W. Brann*
                              Matthew W. Brann
                              United States District Judge